UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR9 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| IGNACIO MADRIGAL | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the captioned indictment is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney, the United States Probation Office and the United States Marshal's Office.

Signed: March 19, 2008

Lacy H. Thornburg
United States District Judge